UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. <u>11-20005-cr-GOLD(s)</u>
18 U.S.C. § 1594
18 U.S.C. § 1591(a)(1) and (b)(1)
18 U.S.C. § 2421
18 U.S.C. § 1594(d)
18 U.S.C. § 2428
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

JORGE VELASQUEZ,
ISRAEL CORTES-MORALES,
ERNESTO CORTES-CASTRO, and
ALBERTO CORTES-CASTRO,

    **Defendants,**
_____/

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in or around 1999, and continuing through on or about December 6, 2010, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

JORGE VELASQUEZ,
ISRAEL CORTES-MORALES,
ERNESTO CORTES-CASTRO, and
ALBERTO CORTES-CASTRO,

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and

coercion as described in Title 18, United States Code, Section 1591(e)(2), and any combination of such means, would be used to cause such person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1); all in violation of Title 18, United States Code, Section 1594(c).

## Count 2

From in or around November 2006, and continuing through in or around July 2009, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JORGE VELASQUEZ,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and obtain by any means a person, that is, V.D., knowing that force, fraud, and coercion, as described in Title 18, United States Code, Section 1591(c)(2), would be used to cause such person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and 2.

## Count 3

In or around November 2007, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ISRAEL CORTES-MORALES,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and obtain by any means a person, that is, V.D., knowing that force, fraud, and coercion, as described in Title 18, United States Code, Section 1591(c)(2), would be used to cause such person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and 2.

## Count 4

In or around the Spring of 2008, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ERNESTO CORTES-CASTRO and
ALBERTO CORTES-CASTRO,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and obtain by any means a person, that is, V.D., knowing that force, fraud, and coercion, as described in Title 18, United States Code, Section 1591(c)(2), would be used to cause such person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and 2.

## Count 5

From in or around November 2008, and continuing through in or around April 2009, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ERNESTO CORTES-CASTRO,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and obtain by any means a person, that is, C.E., knowing that force, fraud, and coercion, as described in Title 18, United States Code, Section 1591(c)(2), would be used to cause such person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and 2.

### Count 6

In or around November 2006, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JORGE VELASQUEZ,**

did knowingly transport an individual, that is, V.D., in interstate and foreign commerce, from New York to Florida, with intent that such individual engage in prostitution and in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Sections 2421 and 2.

### Count 7

In or around November 2008, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ERNESTO CORTES-CASTRO,**

did knowingly transport an individual, that is, C.E., in interstate and foreign commerce, from New York to Florida, with intent that such individual engage in prostitution and in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Sections 2421 and 2.

### CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and fully incorporated here for the purpose of alleging forfeiture to the United States of America of certain property in which one or more of the defendants has an interest.

2. Upon conviction of any of the violations alleged in Counts 1 through 5 of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code,

4

Section 1594(d), (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of any such violation, and (2) any property, real or personal, which constitutes or is derived from proceeds traceable to any such violation.

3.  Upon conviction of any of the violations alleged in Counts 6 through 7 of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of any such violation, and (2) any property, real or personal, which constitutes or is derived from proceeds traceable to any such violation.

All pursuant to Title 18, United States Code, Sections 1594(d) and 2428, and the procedures outlined at Title 21, United States Code, Section 853, made applicable here by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MARLENE RODRIGUEZ
ASSISTANT UNITED STATES ATTORNEY

_____
ROY ALTMAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JORGE VELASQUEZ, et al.

Defendants.
_____/

CASE NO. 11-CR-20005

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

Court Division: (Select One)

_X_ Miami  ___ Key West
___ FTL    ___ WPB       ___ FTP

New Defendant(s)           Yes ___   No _X_
Number of New Defendants   ___
Total number of counts     _7_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   _Yes_
   List language and/or dialect   spanish

4. This case will take   _8_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days    ___            Petty    ___
   II   6 to 10 days   _X_            Minor    ___
   III  11 to 20 days  ___            Misdem.  ___
   IV   21 to 60 days  ___            Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _Yes_
   If yes:
   Magistrate Case No.             10-MJ-03695-WCT
   Related Miscellaneous numbers:  _____
   Defendant(s) in federal custody as of   12/20/10
   Defendant(s) in state custody as of     _____
   Rule 20 from the   _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
MARLENE RODRIGUEZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0120057

\*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JORGE VELASQUEZ

**Case No:** 11-20005-CR-GOLD(s)

Count #: 1

Conspiracy to Sex Traffic through Force, Fraud, and Coercion

Title 18, United States Code, Section 1594(c)

**\* Max. Penalty:**     Life Imprisonment

Count #: 2

Sex Trafficking through Force, Fraud, and Coercion

Title 18, United States Code, Sections 1591(a)(1), (b)(1)

**\*Max. Penalty:**     Life Imprisonment

Count #: 6

Transporting individual across states lines for prostitution

Title 18, United States Code, Section 2421

**\*Max. Penalty:**     10 years' Imprisonment

Count #:



**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ISRAEL CORTES-MORALES

**Case No:** 11-20005-CR-GOLD(s)

Count #: 1

Conspiracy to Sex Traffic through Force, Fraud, and Coercion

Title 18, United States Code, Section 1594(c)

**\* Max. Penalty:** Life Imprisonment

Count #: 3

Sex Trafficking through Force, Fraud, and Coercion

Title 18, United States Code, Sections 1591(a)(1), (b)(1)

**\*Max. Penalty:** Life Imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **ERNESTO CORTES-CASTRO**

Case No: 11-20005-CR-GOLD(s)

Count #: 1

Conspiracy to Sex Traffic through Force, Fraud, and Coercion

Title 18, United States Code, Section 1594(c)

* **Max. Penalty**:           Life Imprisonment

Count #: 4

Sex Trafficking through Force, Fraud, and Coercion

Title 18, United States Code, Sections 1591(a)(1), (b)(1)

***Max. Penalty:**          Life Imprisonment

Count #: 5

Sex Trafficking through Force, Fraud, and Coercion

Title 18, United States Code, Sections 1591(a)(1), (b)(1)

***Max. Penalty:**          Life Imprisonment

Count #: 7

Transporting individuals across states lines for prostitution

Title 18, United States Code, Section 2421

***Max. Penalty:**          10 years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>**ALBERTO CORTES-CASTRO**</u>

**Case No**: 11-20005-CR-GOLD(s)

Count #: 1

   Conspiracy to Sex Traffic through Force, Fraud, and Coercion

   Title 18, United States Code, Section 1594(c)

**\* Max. Penalty**:  Life Imprisonment

Count #: 4

   Sex Trafficking through Force, Fraud, and Coercion

   Title 18, United States Code, Sections 1591(a)(1), (b)(1)

**\*Max. Penalty:**  Life Imprisonment

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**